**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | |
|---|---|
| ROGER DAMIAN SABORIT QUILEZ,     ) | |
|        ) | |
|     Petitioner,     ) | |
|        ) |    No. 2:26-cv-02216-TLP-tmp |
| v.     ) | |
|        ) | |
| WEST TN DETENTION CORE CIVIC and     ) | |
| ICE,[1]     ) | |
|        ) | |
|     Respondent.     ) | |

**ORDER DIRECTING RESPONDENT TO SHOW CAUSE AND
DIRECTING CLERK TO SERVE PETITION AND MODIFY DOCKET**

Pro se Petitioner Roger Damian Saborit Quilez, a noncitizen detained in the West

Tennessee Detention Facility in Mason, Tennessee,[2] petitioned for a writ of habeas corpus under

28 U.S.C. § 2241.  (ECF No. 1.)

The Court respectfully **DIRECTS** the Clerk to serve a copy of the § 2241 Petition and

this Order on Respondent by certified mail and provide a copy of the § 2241 Petition and this

Order to the United States Attorney for the Western District of Tennessee.  The Clerk shall also

serve the United States Attorney for the Western District of Tennessee electronically at the

following email address: stuart.canale@usdoj.gov.  Under Federal Rule of Civil Procedure 4(i),

---

[1] The proper respondent to the § 2241 Petition is the United States Immigration and Customs Enforcement District Director for the district in which the alien is being detained.  *See Roman v. Ashcroft*, 340 F.3d 314, 320–22 (6th Cir. 2003).  The Court therefore respectfully **DIRECTS** the Clerk to add "Scott Ladwig" as Respondent and to terminate the currently named Respondents.
[2] Petitioner's identification number is 7704242.  (ECF No. 1 at PageID 1.)

1

the Clerk shall send copies of the § 2241 Petition and this Order by certified mail to U.S.

Attorney General Pamela Bondi.

Under the Court's authority under the All Writs Act, 28 U.S.C. § 1651, the Court

**ORDERS** Respondent not to remove Petitioner from the Western District of Tennessee while

the § 2241 Petition is pending.  *See A.A.R.P. v. Trump*, 145 S. Ct. 1364, 1369 (2025).

Given the grounds for challenge raised in the § 2241 Petition and Petitioner's requested

relief (ECF No. 1 at PageID 6–7), the Court **ORDERS** Respondent to show cause in writing on

or before close of business on March 13, 2026, why the § 2241 Petition should not be granted.

*See* 28 U.S.C. § 2243.  Respondent shall include in the return a thorough discussion of all facts

and law relevant to the § 2241 Petition.

And the Court **ORDERS** Petitioner to file a reply to Respondent's return within twenty-

eight (28) days of service.  Petitioner may request an extension of time to reply if he moves for

the extension on or before the due date of his reply.  The Court also **ORDERS** Petitioner to

comply with the in forma pauperis form mailed to him by the Clerk.  (*See* Docket Notes, Mar. 3,

2026.)

If necessary, the Court will set a hearing by separate order.  *See* 28 U.S.C. § 2243.

**SO ORDERED**, this 4th day of March, 2026.

      s/ Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE